464 A.2d 533

In Re Goble.

Appeal of Lackawanna County Children and
Youth Services.

Argued March 16, 1983. George Houck, for appellant; Sylvia Hope Hahn, submitted a brief on behalf of appellee; James E. O'Brien, Jr., Assistant Public Defender, for participating parties.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order affirmed.

464 A.2d 533

Massimino, Appellant v. Arena, M.D., etc.

Argued May 25, 1983. Mark B. Aronson, for appellant; Edward Davies Klym, submitted a brief on behalf of appellees.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment affirmed.